**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA;<br>MICHAEL HENNESSEY,<br>San Francisco Sheriff,<br><br>    Respondents.<br>_____/ | No. C 11-0977 SI (pr)<br><br>**ORDER DENYING APPOINTMENT OF COUNSEL** |

Petitioner requests that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. The issues he raises here were fully briefed in state court by his appointed counsel. The request for appointment of counsel is DENIED. (Docket # 10.)

IT IS SO ORDERED.

DATED: May 19, 2012

_____
SUSAN ILLSTON
United States District Judge