UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON BROWN,<br><br>    Petitioner,<br><br>  v.<br><br>ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA;<br>MICHAEL HENNESSEY,<br>San Francisco Sheriff,<br><br>    Respondents.<br>                                         / | No. C 11-0977 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Jill Thayer, the court GRANTS respondent's request. (Docket # 12.) Respondent must file and serve his response to the petition no later than **August 3, 2012**. Petitioner must file and serve his traverse no later than **September 7, 2012.**

    Although the present request has been granted, the declaration of counsel appears deficient. A declaration supporting an extension of time request should set forth *with particularity* the reasons for the requested extension of time and should be signed under penalty of perjury.

    IT IS SO ORDERED.

DATED: June 4, 2012

                                                          SUSAN ILLSTON<br>
                                            United States District Judge