**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON BROWN, | No. C 11-0977 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF CALIFORNIA; MICHAEL HENNESSEY, San Francisco Sheriff, | |
| Respondents. | |

    Respondent's motion for an extension of time to file an answer to the order to show cause is DENIED. (Docket # 18.) This denial is without prejudice to respondent filing a new motion supported by a declaration from counsel that complies with 28 U.S.C. § 1746.

    IT IS SO ORDERED.

DATED: August 1, 2012

_____
SUSAN ILLSTON
United States District Judge