UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON BROWN,<br><br>            Petitioner,<br><br>   v.<br><br>ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA;<br>MICHAEL HENNESSEY,<br>San Francisco Sheriff,<br><br>            Respondents.          / | No. C 11-0977 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondents have filed a revised *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Jill Thayer, the court GRANTS respondents' request. (Docket # 20.) Respondents must file and serve their response to the petition no later than **October 5, 2012**. Petitioner must file and serve his traverse no later than **November 9, 2012.**

IT IS SO ORDERED.

DATED: September 5, 2012

                                                       SUSAN ILLSTON
                                              United States District Judge