UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON BROWN,<br><br>        Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA;<br>MICHAEL HENNESSEY,<br>San Francisco Sheriff,<br><br>        Respondents.<br>                                                   / | No. C 11-0977 SI (pr)<br><br>**ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL** |

      Petitioner's second motion for appointment of counsel is DENIED. (Docket # 27.) The court *sua sponte* extends the deadline for petitioner's traverse: Petitioner must file and serve his traverse no later than **December 7, 2012.**

      IT IS SO ORDERED.

DATED: November 1, 2012

                                                          SUSAN ILLSTON<br>
                                                    United States District Judge