**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON BROWN,<br><br>    Petitioner,<br><br>  v.<br><br>ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA;<br>MICHAEL HENNESSEY,<br>San Francisco Sheriff,<br><br>    Respondents.<br>_____ / | No. C 11-0977 SI (pr)<br><br>**ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL** |

Petitioner's second motion for appointment of counsel is DENIED. (Docket # 27.) The court *sua sponte* extends the deadline for petitioner's traverse: Petitioner must file and serve his traverse no later than **December 7, 2012.**

IT IS SO ORDERED.

DATED: November 1, 2012

                                                            _Susan Illston_
                                                    SUSAN ILLSTON
                                          United States District Judge